# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS. 4:03cr8-RH/WCS
    4:07cv212-RH/WCS

DWIGHT PRATT,

    Defendant.

_____/

## ORDER DENYING MOTION TO VACATE SENTENCE

This matter is before the court on the magistrate judge's report and recommendation (document 103) and the objections (document 104). I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that defendant's motion under 28 U.S.C. § 2255 for relief from his conviction and sentence should be denied. I adopted the report and recommendation as the opinion of the court with this additional note.

One of defendant's assertions is that he was improperly sentenced as a "career offender" under chapter four of the sentencing guidelines because, defendant says, one of the predicate convictions on which the career offender

determinations was based was for simple possession of cocaine, not possession with intent to distribute.  Simple possession is not a qualifying predicate offense for career offender purposes.

As the report and recommendation correctly notes, the burden was on defendant to support the assertion that he was convicted only of simple possession.  Defendant failed to carry the burden.  Moreover, the record now makes clear that defendant was convicted not of simply possession but of possession with intent to distribute.  (*See* Document 106-2 at 2.)  Defendant's contrary assertion is wrong.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The motion to vacate under 28 U.S.C. §2255 (document 99) is DENIED.

SO ORDERED this 27th day of February, 2008.

s/Robert L. Hinkle
Chief United States District Judge
